Pelini & Fischer, Ltd., Mark F. Fischer and Julie A. Geiser, for appellee.

PEEBLES, EXR., APPELLANT, *v.* OWNERS INSURANCE COMPANY, APPELLEE.

**[Cite as *Peebles v. Owners Ins. Co.,***
**98 Ohio St.3d 1202, 2002-Ohio-7022.]**

(No. 2002–0788—Submitted December 4, 2002—Decided December 23, 2002.)

{¶ 1}  Although this cause was accepted for review and held for the decision in *Lemm v. The Hartford,* submitted with *Hillyer v. State Farm Fire & Cas. Co.,* 97 Ohio St.3d 411, 2002-Ohio-6662, 780 N.E.2d 262, *Lemm* does not apply.  This cause is therefore dismissed as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

Boss & Vitou Co., L.P.A., and Mark F. Vitou, for appellant.

Jones & Bahret Co., L.P.A., and Robert J. Bahret, for appellee.